# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
DANNY RAY DICK  
2533 WESTWOOD DR  
COLUMBUS, OH  43204

Case No:   07-54303

Judge:   C KATHRYN PRESTON

SSN(S):   XXX-XX-6473

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   October 27, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| COLONIAL SAVINGS<br>2626 WEST FRWY<br>FT WORTH, TX  76102 | 57.90 |